UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: James Fleckenstein, Jr.

Case No.: 16-16355/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __November 26, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
125 East Tenth Street
Pine Hill, NJ
FMV - $114,548.00

Liens on property:
Wells Fargo - $75,924.40
HUD - $23,623.00

Amount of equity claimed as exempt: $1,906.01*
*Additional exemptions available

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 16-16355-ABA
James L Fleckenstein, Jr                                     Chapter 7
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 2         Date Rcvd: Oct 23, 2019
                               Form ID: pdf905           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db             #+James L Fleckenstein, Jr,   125 East Tenth Ave.,    Pine Hill, NJ 08021-6307
cr              +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
518385506       +AG Adjustments,   740 Walt Whitman Road,   Melville, NY 11747-2212
516098900       +American Legal Counsels,   One Gate Way Center #22,   Newark, NJ 07102-5320
516098903        Camden County MUA,    PO Box 1105,   Bellmawr, NJ 08099-5105
516164409       +Camden County MUA,    1645 Ferry Ave,   Camden, NJ 08104-1311
516098906        Chase Auto Finance,    PO Box 901003,   Columbus, OH 43224
516098907       +Chase Mortgage,    PO Box 24696,   Columbus, OH 43224-0696
516098909       +Deborah Stein,    125 E. 10th Ave.,   Pine Hill, NJ 08021-6307
516098910       +Equifax Information Services,    PO Box 740256,   Atlanta, GA 30374-0256
516098911       +Experian,    PO Box 4500,   Allen, TX 75013-1311
516098913       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516308125        HSBC BANK USA, NATIONAL ASSOCIATION,    c/o WELLS FARGO BANK, N.A.,
                  DEFAULT DOCUMENT PROCESSING,   N9286-01Y,    1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
516098914       +HSBC Bank,    PO Box 9,   Buffalo, NY 14240-0009
516173589        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
516618043        NCEP, LLC,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516098917        PNC Bank,    Bankruptcy Dept.,   PO Box 489909,   Charlotte, NC 28269-5329
516098916       +Phelan Hallinan Diamond & Jones,    400 Fellowship Road, Suite 100,
                  Mount Laurel, NJ 08054-3437
518385510        Pine Hill Borough Municipal Utilities,    9007 Turnerville Road,    Pine Hill, NJ 08021
516098919        South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091
518151027       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
518151028       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516098920       +State of New Jersey Department of Labor,    Bankruptcy Section,    PO Box 951,
                  Trenton, NJ 08625-0951
516098921       +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245
516098923       +TransUnion,    PO Box 2000,   Chester, PA 19016-2000
516132159       +U.S. Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
516546933       +US Department of HUD,    451 7th Street,   Washington, DC 20410-0001
516098924       +Wells Fargo Home Mortgage,    Bankruptcy Dept.,   PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516965736       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 24 2019 00:14:34     Ascension Capital Group,
                  Attn: NCEP, LLC Department Ascension Cap,    P.O. Box 165028,   Irving, TX 75016-5028
518385507       +E-mail/Text: bankruptcy@pepcoholdings.com Oct 24 2019 00:20:30     Atlantic City Electric,
                  5 Collins Drive, Suite 2133,    Penns Grove, NJ 08069-3600
516098901        E-mail/Text: bankruptcy@pepcoholdings.com Oct 24 2019 00:20:30
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                  Carneys Point, NJ  08069-3600
516098902       +E-mail/Text: sferguson@pinehillboronj.com Oct 24 2019 00:21:44     Borough of Pine Hill,
                  Tax Office,   45 West 7th Ave.,   Pine Hill, NJ 08021-6317
516135337        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 00:14:32
                  Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516098904       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 00:16:47
                  Capital One Bank USA NA,    Bankruptcy Dept.,   PO Box 30285,    Salt Lake City, UT 84130-0285
516098905       +E-mail/Text: kzoepfel@credit-control.com Oct 24 2019 00:21:12     Central Loan Admin & R,
                  425 Phillips Blvd,    Ewing, NJ 08618-1430
516098908       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2019 00:16:58     Credit One Bank NA,
                  PO Box 98875,    Las Vegas, NV 89193-8875
518385509       +E-mail/Text: jstauffe_BK@ebay.com Oct 24 2019 00:21:05     Ebay, Inc,   2145 Hamilton Avenue,
                  San Jose, CA 95125-5905
516098912       +E-mail/Text: bankruptcy@fncbinc.com Oct 24 2019 00:19:15     First National Collection Bureau,
                  610 Waltham Way,    Sparks, NV 89437-6695
516098915       +E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 00:20:21     Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
516191688       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2019 00:21:07     MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
516098918        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2019 00:28:16
                  Portfolio Recovery Assoc.,    120 Corporate Blvd #1,   Norfolk, VA 23502
516098922        E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:18     Synchrony Bank,
                  Attn: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0312-1                User: admin              Page 2 of 2                    Date Rcvd: Oct 23, 2019
                                    Form ID: pdf905          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518385508*      Camden County MUA,     PO Box 1105,     Bellmawr, NJ 08099-5105
518385511*      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516098899     ##+Aaron Sales & Lease,    1015 Cobb Place Blvd NW,    Kennesaw, GA 30144-3672
                                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 nj.bkecf@fedphe.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 jpshay@mdwcg.com,    jpshay@gmail.com
              Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Leonard R. Wizmur    on behalf of Debtor James L Fleckenstein, Jr lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r
               62202@notify.bestcase.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor James L Fleckenstein, Jr tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
                                                                                               TOTAL: 8
```