| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James L Fleckenstein Jr<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2521<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–16355–ABA | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James L Fleckenstein Jr
aka James Fleckenstein Jr., dba On the Level
Home Repair LLC

11/27/19                                                            **By the court:**   Andrew B. Altenburg Jr.
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-16355-ABA
James L Fleckenstein, Jr                                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 318             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.

```
db         +James L Fleckenstein, Jr,    101 Jones Branch Road,    Erwin, TN 37650-8910
cr         +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
518385506  +AG Adjustments,    740 Walt Whitman Road,    Melville, NY 11747-2212
516098900  +American Legal Counsels,    One Gate Way Center #22,    Newark, NJ 07102-5320
516164409  +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
516098903   Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
516098906   Chase Auto Finance,    PO Box 901003,    Columbus, OH 43224
516098907  +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
516098909  +Deborah Stein,    125 E. 10th Ave.,    Pine Hill, NJ 08021-6307
516098910  +Equifax Information Services,    PO Box 740256,    Atlanta, GA 30374-0256
516098911  +Experian,    PO Box 4500,    Allen, TX 75013-1311
516173589   JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
             Ft. Worth, TX 76101-2032
516098917   PNC Bank,    Bankruptcy Dept.,    PO Box 489909,    Charlotte, NC 28269-5329
516098916  +Phelan Hallinan Diamond & Jones,    400 Fellowship Road, Suite 100,
             Mount Laurel, NJ 08054-3437
518385510   Pine Hill Borough Municipal Utilities,    9007 Turnerville Road,    Pine Hill, NJ 08021
516098919   South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518151027  +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
518151028  +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516098920  +State of New Jersey Department of Labor,    Bankruptcy Section,    PO Box 951,
             Trenton, NJ 08625-0951
516098921  +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
             Trenton, NJ 08695-0245
516098923  +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
516132159  +U.S. Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
516546933  +US Department of HUD,    451 7th Street,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr         +EDI: QJDMARCHAND.COM Nov 28 2019 04:23:00      Joseph Marchand,    117-119 West Broad St.,
             PO Box 298,    Bridgeton, NJ 08302-0228
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516098899  +EDI: AAEO.COM Nov 28 2019 04:23:00      Aaron Sales & Lease,    1015 Cobb Place Blvd NW,
             Kennesaw, GA 30144-3672
516965736  +EDI: AISACG.COM Nov 28 2019 04:23:00      Ascension Capital Group,
             Attn: NCEP, LLC Department Ascension Cap,    P.O. Box 165028,    Irving, TX 75016-5028
518385507  +E-mail/Text: bankruptcy@pepcoholdings.com Nov 28 2019 00:03:11      Atlantic City Electric,
             5 Collins Drive, Suite 2133,    Penns Grove, NJ 08069-3600
516098901   E-mail/Text: bankruptcy@pepcoholdings.com Nov 28 2019 00:03:11
             Atlantic City Electric Company,    Pepco Holdings, Inc.,
             Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
             Carneys Point, NJ  08069-3600
516098902  +E-mail/Text: sferguson@pinehillboronj.com Nov 28 2019 00:04:17      Borough of Pine Hill,
             Tax Office,    45 West 7th Ave.,    Pine Hill, NJ 08021-6317
516135337   EDI: CAPITALONE.COM Nov 28 2019 04:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
516098904  +EDI: CAPITALONE.COM Nov 28 2019 04:23:00      Capital One Bank USA NA,    Bankruptcy Dept.,
             PO Box 30285,    Salt Lake City, UT 84130-0285
516098905  +E-mail/Text: kzoepfel@credit-control.com Nov 28 2019 00:03:44      Central Loan Admin & R,
             425 Phillips Blvd,    Ewing, NJ 08618-1430
516098908  +E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2019 00:10:40      Credit One Bank NA,
             PO Box 98875,    Las Vegas, NV 89193-8875
518385509  +E-mail/Text: jstauffe_BK@ebay.com Nov 28 2019 00:03:36      Ebay, Inc,    2145 Hamilton Avenue,
             San Jose, CA 95125-5905
516098912  +E-mail/Text: bankruptcy@fncbinc.com Nov 27 2019 23:59:01      First National Collection Bureau,
             610 Waltham Way,    Sparks, NV 89437-6695
516098913  +EDI: AMINFOFP.COM Nov 28 2019 04:23:00      First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
516308125   EDI: WFFC.COM Nov 28 2019 04:23:00      HSBC BANK USA, NATIONAL ASSOCIATION,
             c/o WELLS FARGO BANK, N.A.,    DEFAULT DOCUMENT PROCESSING,    N9286-01Y,
             1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
516098914  +EDI: HFC.COM Nov 28 2019 04:23:00      HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
516098915  +EDI: IRS.COM Nov 28 2019 04:23:00      Internal Revenue Service,
             Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516191688  +EDI: MID8.COM Nov 28 2019 04:23:00      MIDLAND FUNDING LLC,    PO Box 2011,
             Warren, MI 48090-2011
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 318             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516618043         EDI: BL-CREDIGY.COM Nov 28 2019 04:23:00      NCEP, LLC,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern PA 19355-0701
516098918         EDI: PRA.COM Nov 28 2019 04:23:00      Portfolio Recovery Assoc.,    120 Corporate Blvd #1,
                   Norfolk, VA 23502
516098922         EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                   PO Box 965060,    Orlando, FL 32896-5060
516098924        +EDI: WFFC.COM Nov 28 2019 04:23:00      Wells Fargo Home Mortgage,    Bankruptcy Dept.,
                   PO Box 10335,    Des Moines, IA 50306-0335
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518385508*        Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
518385511*        South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 shay@bbs-law.com,    jpshay@gmail.com
              Joseph   Marchand    jdmarchand@comcast.net,     jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Leonard R. Wizmur    on behalf of Debtor James L Fleckenstein, Jr lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r
               62202@notify.bestcase.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor James L Fleckenstein, Jr tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
                                                                                               TOTAL: 9
```